DAVID J. BERGER, State Bar No. 147645
JEROME F. BIRN, JR., State Bar No. 128561
JONI OSTLER, State Bar No. 230009
ELIZABETH R. GAVIN, State Bar No. 305017
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dberger@wsgr.com
Email: jbirn@wsgr.com
Email: jostler@wsgr.com
Email: bgavin@wsgr.com

*Attorneys for Defendants*
*Gigamon Inc., Corey M. Mulloy, Paul A. Hooper, Arthur W. Coviello, Jr., Joan Dempsey, Ted C. Ho, John H. Kispert, Paul Milbury, Michael C. Ruettgers, Robert E. Switz, and Dario Zamarian*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. GOLUB, Individually and on Behalf of All Others Similarly Situated,<br><br>    Lead Plaintiff,<br><br>  v.<br><br>GIGAMON INC., COREY M. MULLOY, PAUL A. HOOPER, ARTHUR W. COVIELLO, JR., JOAN DEMPSEY, TED C. HO, JOHN H. KISPERT, PAUL MILBURY, MICHAEL C. RUETTGERS, ROBERT E. SWITZ, and DARIO ZAMARIAN,<br><br>    Defendants. | CASE NO.: 3:17-cv-06653-WHO<br><br>STIPULATION AND ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE SECURITIES EXCHANGE ACT OF 1934 |

| | |
|---|---|
| 1 | Defendants Gigamon Inc., Corey M. Mulloy, Paul A. Hooper, Arthur W. Coviello, Jr., Joan |
| 2 | Dempsey, Ted C. Ho, John H. Kispert, Paul Milbury, Michael C. Ruettgers, Robert E. Switz, and |
| 3 | Dario Zamarian, and Lead Plaintiff John E. Golub and (collectively, the "Parties"), by and through |
| 4 | their undersigned counsel, hereby stipulate and agree to the following: |

WHEREAS, on May 10, 2019, Defendants filed their Motion to Dismiss the Amended Consolidated Complaint (the "Motion to Dismiss");

WHEREAS, on June 26, 2019, Lead Plaintiff filed his Opposition to the Motion to Dismiss, and Defendants will file their reply brief on July 24, 2019;

WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for August 7, 2019 at 2 pm;

WHEREAS, a scheduling conflict has arisen for Defendants' counsel, and the parties met and conferred and agreed, subject to the Court's approval, to move the hearing date to August 21, 2019 at 2 pm;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT:

1. The hearing on Defendants' Motion to Dismiss the Amended Consolidated Complaint shall be moved from August 7, 2019 at 2 pm to August 21, 2019, at 2 pm.

DATED: July 22, 2019

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID T. WISSBROECKER
DANIELLE S. MYERS
MAXWELL R. HUFFMAN

    s/ Maxwell R. Huffman
MAXWELL R. HUFFMAN

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| | ROBBINS GELLER RUDMAN & DOWD LLP<br>SHAWN A. WILLIAMS<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br><br>Lead Counsel for Plaintiff<br><br>JOHNSON FISTEL LLP<br>W. SCOTT HOLLEMAN<br>99 Madison Avenue, 5th Floor<br>New York, NY 10016<br>Telephone: 212/802-1486<br>212/602-1592 (fax)<br><br>Additional Counsel for Plaintiff |
| DATED: July 22, 2019 | WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br>DAVID J. BERGER<br>JEROME F. BIRN<br>JONI L. OSTLER<br><br>                    /s/ Joni Ostler<br>                      JONI OSTLER<br><br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650/493-9300<br>650/565-5100 (fax)<br><br>Attorneys for Defendants |

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Joni Ostler, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Hearing Date for Defendants' Motion to Dismiss Plaintiff's Amended Consolidated Complaint for Violations of the Securities Exchange Act Of 1934. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above signatory concurs in this filing.

Dated: July 22, 2019                                                              s/ Joni Ostler<br>                                                                                           JONI OSTLER

| | |
|---|---|
| 1 | **[PROPOSED]** ORDER GRANTING STIPULATION |
| 2 | Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED: |
| 3 | 1. The hearing on Defendants' Motion to Dismiss the Amended Consolidated |
| 4 | Complaint shall be moved from August 7, 2019 at 2 pm to August 21, 2019, at 2 pm. |
| 5 | SO ORDERED. |

DATED: July 25, 2019

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE