UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. GOLUB,<br>          Plaintiff,<br>    v.<br>GIGAMON INC., et al.,<br>          Defendants. | Case No. 17-cv-06653-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 102 |

Pursuant to the Court's Order Granting Motion to Dismiss, Judgment is accordingly entered in favor of defendant and against plaintiff.

Dated: September 5, 2019    Susan Y. Soong, Clerk

*Jean M. Davis*

By: Jean M. Davis, Deputy Clerk